

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*

Butner, North Carolina 27509
☐ *Federal Medical Center*
P.O. Box 1500
☒ *Federal Correctional Institution*
P.O. Box 1000
☐ *Low Security Correctional Institution*
P.O. Box 999
☐ *Federal Correctional Institution II*
P.O. Box 1600

June 19, 2009

FILED
ASHEVILLE, N.C.
JUN 30 2009
U.S. DISTRICT COURT
W. DIST. OF N.C.

The Honorable Dennis L. Howell
United States District Court
Western District of North Carolina - Bryson City
301 U.S. Courthouse
100 Otis Street
Asheville, NC 28011-2611

RE:   TOLLEY, Lawrence Allen
      REGISTER NUMBER: 15663-058
      DOCKET NUMBER: 2:09CR14

Dear Judge Howell:

The above referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina, on June 16, 2009, pursuant to the provisions of Title 18, United States Code, Sections 4241, 4242 and 4247.

Currently, the evaluator is conducting interviews and psychological testing with Mr. Tolley, which are necessary to complete his evaluation. In order to complete extensive psychological testing, I respectfully request the evaluation period start on the date of his arrival at this institution and be extended for thirty days. If this request is granted, the evaluation period will end on August 30, 2009. Staff will complete the evaluation as soon as possible and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed. If you concur, please complete the bottom section of this request and return by fax machine to T. Taylor, Health Systems Specialist, at (919) 575-2015, and also to C. Gregory, Supervisory Inmate Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter. If you need additional information, please contact me at (919) 575-5000.

Respectfully,

Tracy W. Johns
Warden

☒   The above requested extension of time is hereby granted

☐   The above requested extension of time is not hereby granted

Signature: _____        DATE: June 25, 2009
           Magistrate Judge Dennis L. Howell